

April 8, 2021

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
4/9/21

Re:   United States of America v. Charles Burrill
      21 Cr. 236 (AKH)
      Request for Substitution of Counsel

Dear Judge Hellerstein:

I was appointed counsel for Mr. Burrill pursuant to the Criminal Justice Act (CJA) on February 4, 2021. At that time, Mr. Burrill was charged by complaint with engaging in a narcotics conspiracy. An indictment charging Mr. Burrill with a violation of 21 U.S.C. §841 (b)(1)(A) was filed on April 6, 2021. I am writing to advise the Court that an inherent conflict exists that prevents counsel from representing Mr. Burrill. Mr. Burrill is aware of the conflict. The Court has referred this matter to a Magistrate Judge for arraignment. I respectfully request that the Court refer this matter for substitution of counsel in addition to an arraignment.

                                   Respectfully submitted,

                                          /s/

                                   Calvin H. Scholar

cc:   United States Attorney for the
      Southern District of New York