LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
4/23/21

April 21, 2021

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Valencia Rocha et al., 21 Cr 236 (AKH)**

Dear Judge Hellerstein:

     I represent Charles Burrill in the above-referenced matter, having been recently appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on April 13, 2021, during a substitution of counsel proceeding.

     I write, without objection from the Government or Pretrial Services, to request a temporary modification of Mr. Burrill's bond allowing him to travel from his residence in Oregon to San Francisco, California for the day on April 26, 2021. I intend to be in San Francisco for work purposes next week. Mr. Burrill and I would like the opportunity to meet in person in San Francisco and discuss his case. If permitted, Mr. Burrill would fly in the morning from Oregon, meet with me, and fly home in the evening.

     Mr. Burrill is in compliance with all conditions of his release.

     Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti