UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

CHARLES BURRILL,

         *Defendant.*

**PROPOSED ORDER**

**21 Cr. 236 (AKH)**

ALVIN K. HELLERSTEIN, United States District Judge:

After considering the parties' arguments at the bail hearing held on June 16, 2021, IT IS HEREBY ORDERED that the defendant's conditions must be modified as follows:

1. The requirement that the defendant must provide 72 hours' notice to and seek approval from pretrial services before leaving his home is modified such that, when sudden freelance photography opportunities arise, 30 hours' notice to pretrial service will be sufficient, as long as the request is specific as to time, duration, and place, and allows random checking on the part of the probation officer, and at the direction of the probation officer.

2. The defendant can take and/or accompany his parents to medical appointments, as long as he provides verification of the appointment to pretrial services 72 hours' in advance of the appointment.

**SO ORDERED:**

Dated: New York, New York
       June 21, 2021

                                        /s/ Alvin K. Hellerstein
                                  THE HONORABLE ALVIN K. HELLERSTEIN
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK