UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES,

        -against-

CHARLES BURRILL,

                    Defendant.
------------------------------------------------------------- x

**SCHEDULING ORDER**

21 Cr. 236 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Parties are hereby ordered to appear for a telephonic status conference on July 8, 2021, at 2:30 p.m. The conference will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than July 6, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    July 1, 2021        _____/s/ Alvin K. Hellerstein_____
           New York, New York       ALVIN K. HELLERSTEIN
                                               United States District Judge