UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                       :

UNITED STATES OF AMERICA              :

        -v-                               :         21 Cr. 236 (AKH)

CHARLES BURRILL,                    :         <u>ORDER</u>

              Defendant.            :
-------------------------------------------------------------------X

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

      The trial for this matter, having been scheduled to start on April 25, 2022, is adjourned to April 26, 2022, at 10:00 a.m. The final pretrial conference, having been scheduled on April 13, 2022, is adjourned to April 11, 2022 at 2:30 pm.

      SO ORDERED.

Dated: November 9, 2021                        /s/ Alvin K. Hellerstein
       New York, New York                   ALVIN K. HELLERSTEIN
                                                    United States District Judge