UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
                                        :   **ORDER**
         -against-                      :
                                        :   21 Cr. 236 (AKH)
CHARLES BURRILL                         :
                                        :
                                        :
                       Defendant.       :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I held a bail modification hearing this morning. The outcome is that home detention by location monitoring is removed as a condition of bail.

       SO ORDERED.

Dated:    February __, 2022
             New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1